# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELEANOR DENMAN, both individually** | : | |
| **and as the Administrator of the Estate** | : | No. 1:23-cv-01918 |
| **of Ulysses Denman,** | : | |
|     **Plaintiff** | : | **(Judge Kane)** |
| | : | |
|     v. | : | |
| | : | |
| **JOHN WETZEL, et al.,** | : | |
|     **Defendants** | : | |

## ORDER

**AND SO**, on this 28th day of March, 2025, upon consideration of Defendant MHM's motion to dismiss (Doc. No. 34) Plaintiff's amended complaint (Doc. No. 25), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Defendant MHM's motion to dismiss (Doc. No. 34) is **GRANTED**, and within twenty-one (21) days of the date of this Order, Plaintiff may file a second amended complaint to attempt to address the pleading deficiencies identified in the accompanying Memorandum.

                                                                                   s/ Yvette Kane
                                                                                  Yvette Kane, District Judge
                                                                                   United States District Court
                                                                                   Middle District of Pennsylvania